# First Church of Christ, Scientist, *v.* Meredith, Appellant.

*Appeals—Assignments of error—Decree of the court—Injunction—Findings of fact—Practice, Supreme Court.*

An appeal, based upon a single assignment of error to the decree of the court, which enjoined the appellant from entering the church building of the appellee during the holding of religious services, or interfering with such services, will be dismissed where none of the facts found by the court below, fully justifying the decree, have been assigned as error.

Submitted January 5, 1920.  Appeal, No. 26, Oct. T., 1919, by defendant, from decree of C. P. Allegheny Co., in equity, No. 1945, Oct. T., 1917, granting an injunction in the case of First Church of Christ, Scientist, of Pittsburgh, Pennsylvania, v. Benjamin F. Meredith.  Before BROWN, C. J., FRAZER, WALLING, SIMPSON and KEPHART, JJ.  Affirmed.

Bill in equity for an injunction.  Before FORD, J.

The court granted the prayer of the bill and awarded an injunction restraining defendant from entering the

complainant's church building during the holding of religious services. Defendant appealed.

*Error assigned* was the decree of the court.

*B. F. Meredith,* in propria persona.

*John J. Heard* and *Reed, Smith, Shaw & Beal,* for appellee.

PER CURIAM, February 2, 1920:

The single assignment of error on this appeal is to the decree of the court below. It enjoins the appellant from entering or attempting to enter the church building of the appellee during the holding of religious services, from going upon its premises, from interfering with or annoying in any way any members of the congregation or other persons who may be in the church of appellee or upon its premises or property during the holding of religious services. No one of the facts found by the court below, fully justifying this decree, has been assigned as error, and the appeal must, therefore, be dismissed.

Decree affirmed at the costs of the appellant.